IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KRISTI DAVIS, formerly known as Kristi Howard,<br><br>Plaintiff,<br><br>v.<br><br>(1) BOARD OF COUNTY COMMISSIONERS OF STEPHENS COUNTY, a political subdivision of the State of Oklahoma.,<br><br>Defendant. | Case No. CIV-18-118-D |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties jointly stipulate that the above-styled case should be dismissed with prejudice. The parties will bear their own fees and expenses. The undersigned is authorized to file this Stipulation jointly on behalf of all parties.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail: acg@czwlaw.com

ATTORNEY FOR DEFENDANT
STEPHENS COUNTY BOARD OF
COUNTY COMMISSIONERS

2

        s/ Geoffrey A. Tabor
***(signed by filing attorney with permission of Geoffrey A. Tabor)***
Geoffrey A. Tabor, OBA No. 32880
WARD & GLASS, L.L.P.
1601 N.W. 36th Street, Suite 100
Norman, OK 73072
Telephone: (405) 360-9700
Facsimile: (405) 360-7902
Email: geoffrey@wardglasslaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 20, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Geoffrey A. Tabor - via electronic mail at: geoffrey@wardglasslaw.com
Stanley M. Ward- via electronic mail at: rstermer@wardglasslaw.com
Woodrow K. Glass- via electronic mail at: woody@wardglasslaw.com
Barrett T. Bowers - via electronic mail at: barrett@wardglasslaw.com
Tanner B. France- via electronic mail at: tanner@wardglasslaw.com
WARD & GLASS, L.L.P.
1601 N.W. 36th Street, Suite 100
Norman, OK 73072
***Attorneys for Plaintiff***

        s/ Ambre C. Gooch
        Ambre C. Gooch